## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **AMY ELIZABETH BURNS,** | ) |
| **Plaintiff** | ) ) ) |
| v. | )   No. 2:11-CV-151-GZS ) |
| **MICHAEL J. ASTRUE,** **Commissioner of Social Security,** | ) ) ) ) |
| **Defendant** | ) |

### ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 13) filed January 31, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is **VACATED** and the case is **REMANDED** for further proceedings consistent with the Magistrate Judge's Recommended Decision.

　　　　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal       
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 21st day of February, 2012.