IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| AMY ELIZABETH BURNS,    )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )<br>MICHAEL J. ASTRUE,    )<br>Commissioner of Social Security,    )<br>    Defendant.    ) | Civil No.: 2:11-CV-151-GZS |

## ORDER

Pursuant to the power of this Court to award fees to a prevailing party other than the United States incurred by that party in a civil action against the United States, including proceedings for judicial review of agency action, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A), and in light of this Court's February 21, 2012, Order and Judgment remanding this case to the defendant Commissioner for further administrative proceedings,

IT IS HEREBY ORDERED that the United States Social Security Administration shall pay attorney's fees in the amount of one thousand five hundred and thirty dollars ($1,530.00) in full satisfaction of any and all attorney's fee claims Plaintiff may have in this case under EAJA. Pursuant to the United States Supreme Court's ruling in <u>Astrue v. Ratliff</u>, 130 S. Ct. 2521 (2010), these attorney's fees are payable to Plaintiff as the prevailing party, and are subject to offset through the Treasury Department's Offset Program to satisfy any pre-existing debt Plaintiff may owe to the government.

SO ORDERED this 22nd day of May, 2012

                                                                                          /s/George Z. Singal_____
                                                                                          George Z. Singal
                                                                                          U.S. District Judge